At its organization, the taxpayer acquired a certain patent, No. 957,070, dated May 3, 1910. On July 14, 1914, the taxpayer acquired a certain patent, No. 1,103,791. On January 19, 1915, the taxpayer acquired a certain patent, No. 1,125,434. On April 23, 1918, the taxpayer acquired a certain patent, No. 1,263,450. On February 8, 1916, the taxpayer acquired a certain patent, No. 1,170,652.

The Commissioner in auditing the taxpayer's income and profits-tax returns for the years in question disallowed as invested capital a value of $25,000 in connection with the aforesaid patents, and disallowed as deductions certain amounts claimed on account of exhaustion of the said patents.

### DECISION.

The determination of the Commissioner is approved.

---

**Appeal of MARY ORBACH.**                    **Docket No. 1951.**

Submitted April 29, 1925; decided May 26, 1925.

*Robert A. Littleton, Esq.*, for the Commissioner.

Before JAMES, SMITH, and TRUSSELL.

This is an appeal from the determination of a deficiency in income tax for the year 1920 in the amount of $621.08.

No testimony was offered by the taxpayer. From the allegations of the petition admitted by the answer, and from the revenue agent's report and the income-tax return of the taxpayer introduced in evidence by the Commissioner, the Board makes the following

### FINDINGS OF FACT.

The taxpayer is an individual residing at Wallington, New Jersey. In her income-tax return for 1920 the taxpayer claimed a deduction as business expenses in the sum of $4,200 on account of lawyer's fees expended during that year. The Commissioner disallowed the deduction.

### DECISION.

The determination of the Commissioner is approved.

---

**Appeal of FORT CUMBERLAND HOTEL CO.**                    **Docket No. 2067.**

Submitted April 13, 1925; decided May 26, 1925.

*Edward P. Leeds, C. P. A.*, for the taxpayer.
*Percy S. Crewe, Esq.*, for the Commissioner.

Before STERNHAGEN, TRAMMELL, PHILLIPS, and LOVE.

This appeal is from a determination by the Commissioner of a deficiency in income taxes for the year 1919 in an amount less than $10,000.